# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CR-219-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| STEVEN DUANE ABNEY, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Sentencing Memorandum Under Seal" (Document No. 166) filed December 10, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum, and the accompanying exhibits, contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Sentencing Memorandum Under Seal" (Document No. 166) is **GRANTED**, and Defendant's "Motion For Downward Variance And Sentencing Memorandum" (Document No. 167) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: December 12, 2018

David C. Keesler
United States Magistrate Judge