UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CR-00219-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> STEVEN DUANE ABNEY, ) <br> ) <br> **Defendant.** ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release, (Doc. No. 187). The Government has filed a response in opposition to the motion, (Doc. No. 197), and Defendant replied and filed an addendum (Doc. Nos. 201, 202). While this motion was pending, the Bureau of Prisons ("BOP") released Defendant. (See https://www.bop.gov/inmateloc/ (visited 1/10/2024). After reviewing the specific relief requested by Defendant and his arguments and evidence provided in support thereof, the Court **DENIES AS MOOT** Defendant's motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Compassionate Release (Doc. No. 187) is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 11, 2024

Frank D. Whitney
United States District Judge

1